UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Spectrum Laboratories, LLC, | ) | Case No. 1:12-cv-00850-SJD |
| | ) | |
| Plaintiff, | ) | Judge Susan J. Dlott |
| | ) | |
| vs. | ) | |
| | ) | |
| Safe Solution, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Dismissal**

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Spectrum Laboratories, LLC voluntarily dismisses this action with prejudice.

Respectfully submitted,

Dated:  April 18, 2013

  s/ Matthew J. Cavanagh
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for Spectrum Laboratories, LLC*

{4277490:}

<u>Certificate of Service</u>

I hereby certify that on April 18, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system. All other parties will be served by regular U.S. mail.

    s/ Matthew J. Cavanagh
*Counsel for*
*Spectrum Laboratories, LLC*

{4277490:}